### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NGO LOVE, LLC, | )<br>) |
| Plaintiff, | )<br>) |
| -vs- | ) Case No. CIV-21-338-F<br>) |
| BERKSHIRE HATHAWAY<br>HOMESTATE INSURANCE<br>COMPANY, | ) (District Court of Oklahoma County,<br>) Case No. CJ-2021-531)<br>)<br>) |
| Defendant. | ) |

## **ORDER**

On April 14, 2021, the court entered an order (doc. no. 3) directing defendant, Berkshire Hathaway Homestate Insurance Company, to file a supplement to the notice of removal which supplies the missing jurisdictional information regarding plaintiff, NGO Love, LLC. The court advised that the supplement shall be filed no later than fourteen days from the date of the order. In its order, the court also advised that if defendant was unable to identify each of plaintiff, NGO Love, LLC's members, and the state of citizenship for each of those members, defendant must file a short notice so stating, in which case defendant must bring the issue to the court's attention at the status and scheduling conference. Further, the court advised that failure to comply with the court's directive may result in an order which is just, including the remand of the action to state court.

Defendant has not filed a supplement or a short notice within the time prescribed by the court. Because the record is insufficient to support the court's exercise of diversity jurisdiction, the court finds that it lacks subject matter jurisdiction over this action and remand is required under 28 U.S.C. § 1447(c).

2

Accordingly, the above-entitled action is **REMANDED** to the District Court of Oklahoma County, pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED this 29th day of April, 2021.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0338p002.docx

2